UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLAUDY ST JACQUES,

    Petitioner,

v.   CASE NO. 6:05-cv-955-Orl-19KRS

UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case is before the Court on Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus (Doc. No. 1, filed June 27, 2005). Petitioner did not pay the filing fee or submit an Affidavit of Indigency or other application to proceed in forma pauperis, as required by Local Rule 1.03(e).[1] Accordingly, it is

    **ORDERED**:

    1. Petitioner's petition for writ of habeas corpus is **DISMISSED without prejudice**.

    2. The Clerk of the Court is directed to close this case.

    **DONE AND ORDERED** at Orlando, Florida, this  29th  day of July, 2005.

    PATRICIA C. FAWSETT, CHIEF JUDGE
    UNITED STATES DISTRICT COURT

---

[1] Local Rule 1.03(e) states that "[t]he Clerk shall accept for filing all prisoner cases filed with or without the required filing fee or application to proceed in forma pauperis. However, a prisoner case will be subject to dismissal by the Court, sua sponte, if the filing fee is not paid or if the application is not filed within 30 days of the commencement of the action."

Copies to:
sa 7/29
Claudy St. Jacques